IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR JANDELL CULVER, #255612, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 1:20-cv-769-ECM |
| ) | |
| DONALD VALENZA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION and ORDER**

On January 5, 2021, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed without prejudice to allow the Petitioner an opportunity to exhaust his available state court remedies (doc. 29) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED without prejudice.

Done this 22nd day of February, 2021.

                                          /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE